IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SARAH TRAYWICK                                                                                    PLAINTIFF

v.                                      Case No. 3:13-CV-03035

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY                       DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' Joint Motion to Dismiss with Prejudice. (Doc. 11).

It appearing that the parties are in agreement, it is ORDERED that the parties' Joint Motion (Doc. 11) is GRANTED and the Complaint herein is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED this 2nd day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE